No. 94–1240.   WHITTLESEY *v.* OFFICE OF HEARINGS AND APPEALS, SOCIAL SECURITY ADMINISTRATION, 514 U. S. 1063;

No. 94–1376.   ILIC *v.* LIQUID AIR CORP., 514 U. S. 1064;

No. 94–1459.   DUENAS *v.* SHALALA, SECRETARY OF HEALTH AND HUMAN SERVICES, 514 U. S. 1051;

No. 94–7436.   McCRIGHT *v.* BORG, WARDEN, 514 U. S. 1020;

No. 94–7959.   OKORO *v.* UNITED STATES, 514 U. S. 1027;

No. 94–8006.   MASON *v.* SUPERIOR COURT OF CALIFORNIA, LOS ANGELES COUNTY, 514 U. S. 1053;

No. 94–8097.   YOUNG *v.* NUCLEAR REGULATORY COMMISSION ET AL., 514 U. S. 1068;

No. 94–8137.   IN RE HOLLINGSWORTH, 514 U. S. 1062;

No. 94–8140.   AMARAL *v.* RHODE ISLAND HOSPITAL TRUST ET AL., 514 U. S. 1055;

No. 94–8160.   LEWIS *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 514 U. S. 1069;

No. 94–8186.   AZUBUKO *v.* CHIEF ADULT PROBATION OFFICER ET AL., 514 U. S. 1070;

No. 94–8376.   EARLY *v.* UNITED STATES, 514 U. S. 1075;

No. 94–8425.   GLANT *v.* FLORIDA BAR, 514 U. S. 1086; and

No. 94–8568.   CHAPMAN *v.* ABRAHAMSON, WARDEN, 514 U. S. 1077.   Petitions for rehearing denied.

JUNE 5, 1995

No. 94–1398.   UNITED MINE WORKERS OF AMERICA, AFL–CIO *v.* PEABODY COAL CO.   C. A. 6th Cir.   Certiorari granted, judgment vacated, and case remanded for further consideration in light of *North Star Steel Co.* v. *Thomas, ante,* p. 29.

No. — – —.   HERRERA *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION; and

No. — – —.   GONZALES *v.* UNITED STATES.   Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.